◼ JOHN P. DITZ, Appellant, v MYRIAD CONSTRUCTIONS, INC., Respondent, et al., Defendant. (Appeal No. 2.) [703 NYS2d 795] —Order unanimously reversed on the law without costs and complaint against defendant Myriad Constructions, Inc. reinstated. Same Memorandum as in *Ditz v Myriad Constrs.* (269 AD2d 874 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Hayes, J. P., Wisner, Pigott, Jr., Scudder and Lawton, JJ.